NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
RANDOLPH J. ST. CLAIR
Assistant United States Attorney
United States Attorney's Office
400 South Virginia, Suite 900
Reno, Nevada 89501
775-784-5438
Randy.StClair@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL LEE CODMAN,<br><br>　　　　Defendant. | 3:17-CR-00094-RCJ-WGC<br><br>**Order Granting Stipulation to Extend Time to File Response to Defendant's Motion for Early Termination of Supervised Release [ECF #46]**<br><br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED by and through NICHOLAS A. TRUTANICH, United States Attorney for the District of Nevada, RANDOLPH J. ST. CLAIR, Assistant United States Attorney, counsel for the United States of America, and LEAH WIGREN, CJA Appointed Counsel, counsel for Defendant Michael Lee Codman, to extend the time in which the Government's Response to the Defendant's Motion for Early Termination of Supervised Release [ECF #46] is due from November 27, 2020, to December 2, 2020. Defendant's Reply to the Government's Response would then be due on December 18, 2020, however, the Government would not object if the defendant needed additional time to respond.

This request is made in good faith, in the interests of justice, and not for any purpose of delay.

DATED: November 18, 2020.

                                                    NICHOLAS A. TRUTANICH
                                                    United States Attorney

*/s/ Leah Wigren*                           */s/ Randolph J. St. Clair*
LEAH WIGREN                             RANDOLPH J. ST. CLAIR
CJA Appointed Counsel                Assistant United States Attorney
Counsel for Defendant

IT IS SO ORDERED.

DATED: November 23rd, 2020.                 _____
                                                    HON. ROBERT OLIVE JONES
                                                    UNITED STATES DISTRICT JUDGE