# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | 03:17-cr-94-RCJ-WGC |
| Plaintiff, | ORDER |
| vs. | |
| Michael Codman, | |
| Defendant. | |

The Court having considered the Motion for Reappointment of CJA Counsel and good cause appearing:

IT IS HEREBY ORDERED that the Motion for Reappointment of CJA Counsel is GRANTED for purposes of filing a Motion for Early Termination of Supervised Release only.

IT IS FURTHER ORDERED that this Order be made effective nunc pro tunc to November 10, 2020, the date Mr. Codman contacted counsel about filing a motion for early termination of supervised release.

Dated : Nunc Pro Tunc November 10, 2020.

_____
ROBERT C. JONES
SENIOR UNITED STATES DISTRICT JUDGE